**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff,* | § | **CIVIL ACTION NO.  1:25-CR-00014-MJT** |
| | § | |
| | § | |
| v. | § | |
| | § | |
| ANTONIO DEWAYNE JACKSON | § | **JUDGE MICHAEL TRUNCALE** |
| | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial.  Dkt. #146.  The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense.  It is therefore

ORDERED that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is ADOPTED.  It is further ORDERED that the Defendant, Antonio Dewayne Jackson, is competent.  The speedy trial time shall be excluded from April 30, 2025,  until the date of this order.

**SIGNED this 23rd day of April, 2026.**

_____
Michael J. Truncale
United States District Judge